(110 So. 918)

J. G. BROWN et al. v. STATE. (6 Div. 128.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed.

(110 So. 918)

Leroy BROWN v. STATE. (5 Div. 623.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Elmore County; Geo. F. Smoot, Judge. Burglary and grand larceny.

SAMFORD, J. Appeal dismissed.

(110 So. 918)

Jesse BUCHANAN v. STATE. (6 Div. 6.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

SAMFORD, J. Appeal dismissed.

(110 So. 918)

Ernest L. BUFFORD v. STATE. (4 Div. 226.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

(110 So. 918)

Monroe BURCH v. STATE. (6 Div. 16.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Cullman County; O. Kyle, Judge. Challenge to fight a duel.

RICE, J. Appeal dismissed.

(108 So. 922)

Walter BURDITT v. STATE (8 Div. 456.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Assault with a weapon.

SAMFORD, J. Appeal dismissed.

(110 So. 918)

J. E. BURKE v. J. E. ADAIR. (6 Div. 990.) (Court of Appeals of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(106 So. 914)

Jesse BURKS v. STATE. (4 Div. 54.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

(110 So. 918)

Ed BUTLER v. STATE. (4 Div. 238.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

(106 So. 914)

Gus BYRD v. STATE. (6 Div. 787.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County; Leon McCord, Judge.

BRICKEN, P. J. Defendant was tried and convicted for the offense of robbery in the court below on March 13, 1925. He was duly sentenced to 10 years' imprisonment in the penitentiary, and from the judgment of conviction he appealed. Nothing has been done to perfect this appeal, the cause appearing here upon certificate only. It was filed in this court on April 4, 1925. It was submitted in this court on November 27, 1925, upon motion of the Attorney General to dismiss the appeal. The motion appears to be well taken and is granted. Appeal dismissed.

(108 So. 922)

Chas. BYRD and Chas. Peyton v. STATE. (8 Div. 430.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Madison County; O. Kyle, Judge. Second degree murder. See, also, 213 Ala. 333, 104 So. 830; post, p. 689, 105 So. 925.

RICE, J. Affirmed.

(106 So. 915)

Joe CAIN v. STATE. (4 Div. 55.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Vagrancy.

SAMFORD, J. Appeal dismissed.

(106 So. 915)

Odell CAIN v. STATE. (7 Div. 227.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge. Chas. F. Douglass, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appeal dismissed on motion of appellant.